**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-2921**

---

SCOTT C. SCHIRMACHER,

Plaintiff - Appellant,

versus

MCDONNELL DOUGLAS CORPORATION,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Alexander Williams, Jr., District Judge. (CA-95-1124-AW)

---

Submitted: April 15, 1996          Decided: April 22, 1996

---

Before ERVIN and MOTZ, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Scott C. Schirmacher, Appellant Pro Se. William Christopher Edgar, Jo Ann Peele, BRYAN, CAVE, MCPHEETERS & MCROBERTS, Washington, D.C., for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his complaint filed under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Schirmacher v. McDonnell Douglas Corp.</u>, No. CA-95-1124-AW (D. Md. Sept. 18, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>